### First Department, November, 1942.
#### (November 6, 1942.)

Charles H. Kinch, Appellant, v. Canadian Bank of Commerce, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Robert J. Blum, as Assignee of Frey & Horgan Corporation, Respondent, v. Fresh Grown Preserve Corporation, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Untermyer, J., dissents and votes to reverse the judgment and modify the order by granting a new trial.

Mary O'Connor, Respondent, v. Nathan Schlussel et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

The People of the State of New York, Respondent, v. Andrew Lococo, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

The People of the State of New York, Respondent, v. Nelson Posner, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Reynold Bisordi, an Infant, by Florindo Bisordi, His Guardian ad Litem, et al., Respondents, v. James McNichols et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Rosalind Levy, an Infant, by Benjamin Levy, Her Guardian ad Litem, et al., Respondents, v. William Meyer et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Samuel W. Cracowaner, Respondent, v. Salner Realty Corporation, Defendant, and Henry Lasner et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Adolphe Fischer, Respondent, v. Globe Export Corporation, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

George J. Nathan, Respondent and Appellant, v. King Features Syndicate, Inc., Appellant and Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Maxine MacDonald, Respondent, v. Western Union Telegraph Company, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Ione R. Osorio y Tafall, Appellant, v. Bibiano F. Osorio y Tafall, Defendant, and John Dallett, Respondent.— No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.